441 A.2d 788

Lewandowski, Appellant v. Shinn et ux.

Argued June 23, 1981. Michael J. Pepe, Jr., for appellant; S. Simpson Gray, for appellees.

Before HESTER, CAVANAUGH and DiSALLE, JJ.

Order affirmed.

Decision was rendered prior to DiSALLE, J., leaving the bench of the Superior Court of Pennsylvania.